UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

    Plaintiff,

vs.

LEON MAX, INC., a California corporation,
d/b/a MAX STUDIO, and SF ACQUISITION
II, LLC, a Delaware limited liability company,

    Defendants.

_____/

CASE NO: 1:16-cv-04241-PKC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2017

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, \LEON MAX, INC., a California corporation, d/b/a MAX STUDIO, and SF ACQUISITION II, LLC, a Delaware limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 4th day of April, 2017.

By: /s/ Robert J. Mirel
Robert J. Mirel, Esq..
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: RJM@weitzfirm.com
*Attorney for Plaintiff*

By: /s/ Dove Burns
Dove A. Burns, Esq.
GOLDBERG SEGALLA LLP
600 Lexington Avenue, Suite 900
New York, NY 10022
Telephone: (646) 292-8736
Facsimile: (646) 292-8701
Email: dburns@goldbergsegalla.com
*Attorneys for Leon Max, Inc.*

By: /s/ Jack Cohen
Jack L. Cohen, Esq.
LAW OFFICES OF
CHARLES J. SIEGEL
125 Broad St., 7th Floor
New York, NY 10005
Telephone: (212)-440-2335
Facsimile: (212)-440-2380
Email: jack.cohen@cna.com
*Attorney for SF Acquisition II, LLC*

SO ORDERED:
_____
Hon. P. Kevin Castel
Date: 4-7-17